UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Chapter: 13
Case No.: 09-59179-wsd
Judge: Hon. Walter Shapero

**Oliver & Denise Seay,**
Debtor(s)
_____/

### ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

A Notice of Proposed Modifications to Debtor(s) Chapter 13 Plan was filed and served on all parties pursuant to LBR 9014; and the Court having found that no objections were received and that the plan modifications comply with 11 USC 1325 and 1329:

**NOW THEREFORE**;

**IT IS ORDERED THAT** the Debtor's 2009 tax refunds in the amount of $6,000.00 are excused;

**IT IS FURTHERED ORDERED THAT** in all other respects, the Order Confirming Plan, Entered and dated November 13, 2009, as last amended, shall remain in full force and effect.

IT IS FURTHER ORDERED THAT the effect on each shall be as follows:
CLASS 1:NONE
CLASS 2:NONE
CLASS 3:NONE
CLASS 4:NONE
CLASS 5:NONE
CLASS 6: NONE
CLASS 7: NONE
CLASS 8: NONE

.

**Signed on April 08, 2010**

　　　　　　　　　　　　　　　　　　　　　____ ___/s/ Walter Shapero_ ___
　　　　　　　　　　　　　　　　　　　　　**Walter Shapero**
　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**